UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

WILLIE CURTIS HENRY,

      *Plaintiff-Appellant*,

                               Appeal No. 25-2166

vs.                              Appeal from the United States District Court
                                      for the Eastern District of Wisconsin

VITAL CORE HEALTH STRATEGIES and
LINSEY SCHMIDT,                    Case No. 24-CV-1515

      *Defendants-Appellees*.

---

### DEFENDANTS-APPELLEES' MOTION TO DISMISS
### FOR PLAINTIFF'S FAILURE TO PROSECUTE
### PURSUANT TO FED R. APP. P. 27 & LOCAL CIRCUIT RULE 31(c)

---

**NOW COME** the Defendants-Appellees, Vital Core Health Strategies and Linsey Schmidt, by and through their undersigned attorneys, Kopka Law Group, and pursuant to Fed. R. App. P.27 & Local Circuit Rule 31(c), hereby move the Court to dismiss this lawsuit on account of Plaintiff-Appellant's failure to prosecute. The grounds for this motion are as follows:

1.      Plaintiff-Appellant filed this appeal on July 10, 2025. (Dkt. 1.)

2.      On August 5, 2025, the Court issued a briefing schedule Order for Plaintiff-Appellant's appeal.

3.      The Court Ordered Plaintiff-Appellant to file his brief on or before September 4, 2025.

4.      The Court Ordered Defendants-Appellees to file their brief on or before October 6, 2025.

5.      Plaintiff-Appellant's failure to prosecute is evidenced in his failure to respond or contest the pending motion to compel and motion for summary judgment.

6.      In violation of the Court's Scheduling Order, Plaintiff-Appellant failed to file his brief by September 4, 2025.

7.      As of today's date, September 12, 2025, Plaintiff-Appellant has not filed his brief.

8.      Plaintiff-Appellant has not asked the Court for an extension on the filing of his brief, nor has Plaintiff-Appellant provided any explanation to the Court for his failure to file his brief as Ordered.

9.      Accordingly, the Defendants-Appellees now move this Court to dismiss the Plaintiff's appeal for failure adhere to the Court's Scheduling Order and his failure to prosecute this case.

**WHEREFORE**, the Defendants-Appellees, Vital Core Health Strategies and Linsey Schmidt, respectfully move this Court pursuant to Fed. R. App. P.27 & Local Circuit Rule 31(c) to dismiss this case for Plaintiff-Appellant's failure to prosecute.

Dated this 12th day of September, 2025.

KOPKA LAW GROUP
*Attorneys for Defendants-Appellees, Vital Core*
*Health Strategies and Linsey Schmidt*


By:  /s/   Herschel B. Brodkey
         Herschel B. Brodkey
         State Bar No. 1117719

P.O. ADDRESS:
N19 W24400 Riverwood Drive, Suite 260
Waukesha, WI 53188-1191
Tel.: (414) 251-0320
Fax: (847) 549-9636
hbbrodkey@kopkalaw.com

2