UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

WILLIE CURTIS HENRY,

       *Plaintiff-Appellant*,

vs.

VITAL CORE HEALTH STRATEGIES and
LINSEY SCHMIDT,

       *Defendants-Appellees*.

Appeal No. 25-2166

Appeal from the United States District Court
for the Eastern District of Wisconsin

Case No. 24-CV-1515

---

**DEFENDANTS-APPELLEES' RENEWED MOTION TO DISMISS
FOR PLAINTIFF'S FAILURE TO PROSECUTE
PURSUANT TO FED R. APP. P. 27 & LOCAL CIRCUIT RULE 31(c)**

---

**NOW COME** the Defendants-Appellees, Vital Core Health Strategies and Linsey Schmidt, by and through their undersigned attorneys, Kopka Law Group, and pursuant to Fed. R. App. P.27 & Local Circuit Rule 31(c), hereby renew their motion to dismiss this lawsuit on account of Plaintiff-Appellant's failure to prosecute. The grounds for this motion are as follows:

1. Plaintiff-Appellant filed this appeal on July 10, 2025. (Dkt. 1.)

2. On August 5, 2025, the Court issued a briefing schedule Order for Plaintiff-Appellant's appeal.

3. The Court Ordered Plaintiff-Appellant to file his brief on or before September 4, 2025.

4. The Court Ordered Defendants-Appellees to file their brief on or before October 6, 2025.

5. In violation of the Court's Scheduling Order, Plaintiff-Appellant failed to file his brief by September 4, 2025.

6. As of September 12, 2025, Plaintiff-Appellant did not file his brief.

7.     Accordingly, Defendants-Appellees filed a motion to dismiss for failure to prosecute.

8.     The Court denied Defendants-Appellees motion to dismiss *without* prejudice, and allowed Plaintiff-Appellant until October 14, 2025, to show cause as to why his case should not be dismissed for failure to submit his brief.

9.     As of today's date, October 20, 2025, Plaintiff-Appellant has not responded to the Court's order to show cause.

10.     As of today's date, October 20, 2025, Plaintiff-Appellant has not filed his brief.

11.     Plaintiff-Appellant has not asked the Court for an extension on the filing of his brief, nor has Plaintiff-Appellant provided any explanation to the Court for his failure to file his brief as Ordered.

12.     Accordingly, the Defendants-Appellees now renew their motion to dismiss the Plaintiff's appeal for failure adhere to the Court's Scheduling Order and his failure to prosecute this case.

**WHEREFORE**, the Defendants-Appellees, Vital Core Health Strategies and Linsey Schmidt, respectfully move this Court pursuant to Fed. R. App. P.27 & Local Circuit Rule 31(c) to dismiss this case for Plaintiff-Appellant's failure to prosecute.

Dated this 20th day of October, 2025.

> KOPKA LAW GROUP
> *Attorneys for Defendants-Appellees, Vital Core*
> *Health Strategies and Linsey Schmidt*
>
> By:  */s/   Herschel B. Brodkey*
>         Herschel B. Brodkey
>         State Bar No. 1117719

P.O. ADDRESS:
N19 W24400 Riverwood Drive, Suite 260
Waukesha, WI 53188-1191
Tel.: (414) 251-0320; Fax: (847) 549-9636
hbbrodkey@kopkalaw.com